1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY LEE KING,

                Plaintiff,

     v.

GANT, *et al.*,

                Defendant.

Case No. 1:23-cv-00640-JLT-EPG (PC)

ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT BY CLERK OF COURT

(ECF No. 24)

11

12

13

14

15

16

17

18

     Jerry Lee King ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

19

20

     On September 18, 2023, Plaintiff filed a request for entry of default and motion for default judgment against Defendant Vitto.  (ECF No. 24).  Defendants filed an opposition on September 19, 2023. (ECF No. 25).

21

22

23

24

25

26

27

28

     According to Plaintiff, Defendant Vitto failed to plead or otherwise respond to Plaintiff's amended complaint despite having been properly served. However, as Defendants point out in their opposition, Defendant Vitto is not in default because she timely answered Plaintiff's complaint. On May 18, 2023, the Court directed service of Plaintiff's complaint on Defendants Vitto and Gant through the Court's E-service pilot program for civil rights cases. (ECF No. 10). On June 28, 2023, the CDCR filed a "CDCR Notice of E-Service Waiver" advising the Court that

Defendants Vitto and Gant intended to waive service of process. (ECF No. 12). Accordingly, the

California Attorney General's Office was required to file waivers of service of process for

Defendants Vitto and Gant by no later than July 28, 2023.

On July 28, 2023, Defendant Gant filed a waiver of service. (ECF No. 13). Accordingly,

Defendant Gant was required to file an answer or responsive pleading to Plaintiff's complaint by

September 26, 2023.

On July 28, 2023, Defendant Vitto filed a motion or an extension of time to file her waiver

of service. (ECF No. 14). The Court granted Defendant Vitto's request and directed Defendant

Vitto to file a waiver of service by no later than August 28, 2023. (ECF No. 15).

On August 28, 2023, Defendant Vitto filed a waiver of service. (ECF No. 18).

Accordingly, Defendant Vitto was required to file an answer or responsive pleading to Plaintiff's

complaint by October 27, 2023. However, Defendants Vitto and Gant filed an answer to

Plaintiff's complaint on August 28, 2023. (ECF No. 19). Accordingly, Defendant Vitto has timely

answered Plaintiff's complaint.

As no defendant has defaulted, IT IS ORDERED that Plaintiff's request for entry of

default judgment by the Clerk of Court is DENIED.

IT IS SO ORDERED.

Dated:    **October 4, 2023**                    /s/ _Erica P. Grosjean_

                                                UNITED STATES MAGISTRATE JUDGE

2